(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

WARDELL LEROY GILES, N█████ G█████,
VANESSA JEAN GILES, NIAJA COSTON, CHARDAE DENNIS,
WARDELL DUPONT SR, ERNESTINE ONEY, BETTY DENNIS, EBONY MORRIS
ET. AL

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

JOHN DOE, ET. AL,
ALL HOSPITALS, DOCTORS, THERAPISTS,
PSYCOLOGISTS, AUTISM SCHOOLS AND
ANY JOHN DOE ENTITY INVOLVED
IN TREATING OR DIAGNOSING N████ G████ ET. AL

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Civ. Action No. _____
(To be assigned by Clerk's Office)

# COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

**GILES WARDEII LEROY**
Name (Last, First, MI)                                   Aliases

**00169355**
Prisoner ID #

**JTVCC**
Place of Detention

**1181 PADDOCK ROAD**
Institutional Address

**SMYRNA**        **DELAWARE**        **19977**
County, City      State               Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:     JOHN DOE
Name (Last, First)

WILL AMEND IN UPON MEDICAL RECORD
Current Job Title

REVIEW AND DISCOVERY
Current Work Address

County, City      State      Zip Code

Defendant 2:     JOHN DOE
Name (Last, First)

WILL AMEND IN UPON MEDICAL
Current Job Title

RECORD REVIEW AND DISCOVERY
Current Work Address

County, City      State      Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## Defendant(s) Continued

Defendant 3: __JOHN DOE__
Name (Last, First)

__WILL AMEND IN UPON MEDICAL RECORD__
Current Job Title

__REVIEW AND DISCOVERY__
Current Work Address

County, City     State     Zip Code

Defendant 4: __JOHN DOE__
Name (Last, First)

__WILL AMEND IN UPON MEDICAL__
Current Job Title

__RECORD REVIEW AND DISCOVERY__
Current Work Address

County, City     State     Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: IN THE STATE OF DELAWARE

Date(s) of occurrence: APPROXIMATELY 2010 UNTIL 2017

State which of your federal constitutional or federal statutory rights have been violated:

I AM THE CHILD's FATHER, WHO THEY DID THIS TO AND THE LISTED PLAINTIFFS. THEY VARY.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: 3 PAGE LETTER [SEE ATTACHED SHORT VERSION]

> What happened to you?

THIS INCIDENT HAPPENED TO MY SON N____ G____ AND THE PRINCIPLE INJURIES HAPPENED TO HIM. ALL THE DEFENDANTS INCLUDING MYSELF SUFFERED IN VARIOUS WAYS EMOTIONALLY, MENTALLY, DURESS, FINANCIALLY, BY TAKING N____ TO VARIOUS HOSPITALS, DOCTORS, SOCIAL SKILLS TREATMENT AND TAKING TIME OFF FROM WORK AND OTHER ENGAGEMENTS TO CARE FOR N____ AND TO MAKE SURE PEOPLE STAYED AROUND HIM MORE THAN YOU WOULD AN AVERAGE CHILD. I AM FILING THIS TO SECURE MY SON'S RIGHT TO SEEK THE JUSTICE HE DESERVES AND THE PLAINTIFFS IN THE CAPTION THEY DESERVE TO RECOVER TOO BUT NOT AS MUCH AS MY SON N____ G____. I WANT

**Who did what?**

THIS FILING TO BE THE AVENUE FOR N[redacted] G[redacted] AND THE PLAINTIFFS TO ENTER THIS COURT. THIS FILING IS TO SECURE THAT N[redacted] G[redacted] RIGHTS AND PLAINTIFF'S RIGHTS TO ADVANCE THIS CASE WILL NEVER BECOME TIME BARRED. THIS FILING WAS TIMELY FILED BEFORE THE 2 YEAR WINDOW THAT WOULD TIME-BARR THESE ISSUES. IN 2017 MY SON N[redacted] WAS STILL BEING TREATED FOR AUTISM WHICH WAS A MISDIAGNOSIS AND UNDER THE PENALTIES OF PERJURY IT HAS NOT BEEN A 2 YEAR PERIOD SINCE THIS CONTINUING VIOLATION AGAINST MY CHILD AND VANESSA JEAN DENNIS CHILD HAS OCCURED. I WARDELL GILES MOVE TO SECURE MY SON'S CONSTITUTIONAL RIGHTS TO RECOVER FROM THIS CONTINUING WRONG DONE TO HIM AS WELL AS ALL THE PLAINTIFFS WITHIN THE CAPTION. WE MOVE ON ONE ACCORD, I WARDELL GILES AM THE EDUCATED ONE IN THE LAW AND CIVIL PROCEDURES OF THE PLAINTIFFS, SO I MOVE ALSO IN THEIR FAVOR TO SECURE THAT THESE ISSUES WILL NEVER BECOME TIME-BARRED BECAUSE I STOPPED THAT CLOCK WITH THIS LEGAL FILING THIS 22nd DAY OF JANUARY 2018. THE SHORT VERSION

**Was anyone else involved?**

OF WHAT HAPPENED TO MY SON IS ATTACHED. TO THE JUDGE WHO REVIEWS THIS FILING I ASK YOU IN THE NAME OF GOD TO ENSURE THAT N▇▇ G▇▇ RIGHTS AND THE LISTED PLAINTIFF'S NEVER BECOME TIME-BARRED. I AM IN CONTACT WITH LAWYERS IN PHILADELPHIA, DELAWARE, WASHINGTON D.C. AND I'M WAITING TO GET THE PROPER LAWYER ON TOP OF THIS TO SECURE NOAH AND PLAINTIFFS RIGHTS. THIS IS THE START OF THE PROCESS. PLEASE CONTACT ME AS SOON AS POSSIBLE. I WARDELL LEROY GILES OPERATE PRO SE AS PLAINTIFF'S AND N▇▇ G▇▇ ATTORNEY UNTIL A ATTORNEY TAKES OVER THIS CASE ON RECORD. THANK YOU AND THE RIGHTS ARE SECURE THIS 22nd DAY OF JANUARY 2018. ALL LEGAL REQUIREMENTS WILL BE MET AS TO THE ISSUES INVOLVED. PLEASE ASSIGN A CASE NUMBER AND JUDGE TO THIS CASE AND ISSUE IMMEDIATELY SO I CAN START SENDING TO LAW FIRMS AND TO THE CIVIL PANEL. IF YOU CAN, SEND CASE NUMBER AND ASSIGNMENT IMMEDIATELY AND/OR NEXT STEP TO ENSURE THE CLOCK HAS STOPPED.

THANK YOU!

*Wardell Giles*

(1) IMPORTANT

WARDEN GILES
#00169355 19BU10
1/12/2018

I WOULD LIKE A GENERAL MOTION AND A CIVIL CASE THAT FITS ISSUE THAT I CAN UTILIZE TO START A LAWSUIT IN MY SON'S AND FAMILY'S BEHALF. THIS IS SHORT STORY VERSION. "WHEN MY SON N[—] WAS AROUND 2 OR 3 YEARS OLD HE WAS A QUIET AND HAPPY BABY JUST LIKE ME. MY EX-WIFE TOOK MY SON TO A.I. DUPONT AND OTHER PLACES TO HAVE NOAH EVALUATED. THEY DIAGNOSED MY SON AS BEING AUTISTIC AND THEY PUT MY SON ON ALL KINDS OF AUTISM DRUGS AND MEDICATIONS FOR ALMOST A 13 YEAR SPAN, WHICH CAUSED MY SON EXTREME SIDE-EFFECTS, INCLUDING VIOLENT EPISODES, FEELING ZOMBIE LIKE AND EMOTIONAL AND MENTAL DURESS BECAUSE N[—] FELT LIKE HE WAS DIFFERENT THAN OTHER KIDS, LESS THAN BECAUSE OF THE LABEL AND DIAGNOSES ATTACHED TO HIM BY THE DOCTORS, MEDICAL PROFESSIONALS AND AUTISTIC SCHOOL PROFESSIONALS. AS NOAH GOT OLDER AND STARTED GOING TO AUTISM SCHOOLS WHICH HE DID NOT WANT TO DO HE RECIEVED ALOT OF ABUSE, MISTREATMENT AND ENDURED ALOT OF TEASING AND STUFF FOR THE AUTISTIC LABEL ATTACHED TO HIM. I BECAME AWARE WHILE INCARCERATED THAT AT ONE POINT THEY WAS STRAPPING MY SON DOWN TO AND FROM SCHOOL IN SOME KIND OF

2.

PUNISHMENT HARNESS AND THINGS AGAINST MY SON'S WILL, ALL IS DOCUMENTED IN MY SON'S AUTISM SCHOOL RECORDS. MY EX-WIFE, MOM, DAD, N[REDACTED]'S GRANDPARENTS AND SISTERS WHEN WATCHING N[REDACTED] WENT THRU ALOT WATCHING N[REDACTED] AND THE EFFECTS THE MEDICATIONS AND STIGMA OF AUTISM CAUSED N[REDACTED] AND THEM. DURING ALOT OF THIS I WAS INCARCERATED AND MY EX-WIFE AND OTHERS HAD TO TAKE MY SON TO DOCTORS FROM BEING SICK FROM THE MEDICATIONS WHICH WERE CONSTANTLY BEING CHANGED AND THEY HAD TO TAKE NOAH TO SEE SOCIAL SKILL DOCTORS AND ALL THAT MADNESS FOR LIKE 8 YEARS. MY SON N[REDACTED] IS 10 NOW AND WILL BE 11 IN JUNE AND HE TOLD ME RECENTLY "DAD I KNEW NOTHING WAS WRONG WITH ME I'M NOT AUTISTIC THEY EXPERIMENTED ON ME DADDY, I'M INTELLIGENT. MY SON GOES TO REGULAR SCHOOL NOW AND THEY ADMIT THAT THEY MADE A MISTAKE IN NOAH'S DIAGNOSIS ALL THOSE YEARS AND THAT HE IS NOT AUTISTIC OR HIGH FUNCTIONAL AUTISTIC MY SON STILL TODAY GETS TEASED TO THIS DAY FOR THE UNJUST LABEL AND DIAGNOSIS ATTACHED TO HIM AND IT'S CAUSED ALOT OF PHYSICAL FIGHTS IN SCHOOL, BECAUSE MY SON FIGHTS BACK WHEN PICKED ON

OR TEASED OR RIDICULED. I FELT LIKE MY SON'S MISDIAGNOSES WAS MY FAULT BECAUSE EVERYONE TOLD ME HE HAD THIS PROBABLY BECAUSE I USED COCAIN WHEN HE WAS CONCIEVED AND IT CAUSED PROBLEMS IN MY MARRIAGE, MY WIFE BLAMED ME AND I BLAMED HER. I WANT TO GET JUSTICE FOR WHAT THEY DONE TO MY SON AND MY WHOLE FAMILY AND EX-WIFE. I WANT TO FILE A LAWSUIT FOR MY SON AND EX-WIFE, MY SON'S SISTERS, AND GRAND PARENTS IN THE RANGE OF FIFTY MILLION DOLLARS AND UPWARDS. WHICH I'VE ASKED AROUND AND HAVE GOTTEN SOME ADVISE ON HOW TO PROCEED ON MY OWN, THEN SHOP FOR THE RIGHT ATTORNEY BECAUSE THIS "WHAT THEY DID TO MY SON IS A HIGH PROFILE SITUATION AND MEDICAL TRAGEDY. PLEASE SEND ME A MOTION AND A CASE SO I CAN FILE THIS ON BEHALF OF MY SON AND FAMILY. I WOULD LIKE FORMS FOR RELEASE OF MEDICAL RECORDS SO I CAN SEND TO DIFFERENT LAWYERS. COULD YOU PLEASE ALSO SEND ME 5 COPIES OF THIS LETTER SO I CAN SEND TO SOME LAWYERS. IF YOU CAN SEND ME SOME LAWYERS ADDRESSES WHO HANDLE THIS KIND OF CASE. THANK YOU! Wardell Miller

## VI.  ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?   ☐ Yes  N/A  ☐ No

Have you filed a grievance concerning the facts relating to this complaint?   ☐ Yes  N/A  ☐ No
   If no, explain why not:

N/A

Is the grievance process completed?   ☐ Yes   ☐ No
   If no, explain why not:

N/A

## VII.  RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I WANT A JURY TRIAL FOR N█████ G███ AND PLAINTIFFS I WANT FIFTY-FIVE MILLION DOLLARS FOR WHAT NOAH AND PLAINTIFFS HAVE BEEN THREW ALMOST 8 YEARS AND ON GOING $55,000,000.00 FROM ALL JOHN DOE ENTITIES INVOLVED

Page 11 of 13

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☒ Yes ☐ No

If yes, how many? __About 5__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

NOT APPLICABLE. THIS CASE IS A CIVIL RIGHTS CASE WITH MASSIVE MEDICAL CLAIMS AND INJURIES. THE SOLE PURPOSE NOW IS TO STOP THE CLOCK, PROTECT THE INTEGRITY OF THE RIGHTS OF MY SON N███████ G███ AND PLAINTIFFS AND TO STOP THIS CASE AND ISSUES FROM EVER BEING TIME BARRED. THIS FILING IS TO PUT THE FEDERAL COURTS ON NOTICE THAT THE TIME BARR CLOCK IS BEING STOPPED AND THAT THIS CASE CAN NEVER BECOME TIME BARRED AS OF TODAY. THE RECORD AND CLAIMS WILL BE ESTABLISHED SOON. I JUST FOUND OUT ABOUT THE MISDIAGNOSIS FROM MY SON, SO I'VE ACTED TO SECURE HIS AND THE PLAINTIFFS RIGHTS

Page ~~20~~

12 of 13

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

Date: 1/22/2018

Plaintiff's Signature: [signature]

Printed Name (Last, First, MI): GILES WARDELL L

Prison Identification #: 00169355 JTVCC

Prison Address: 1181 Paddock Road     City: Smyrna     State: DE     Zip Code: 19977

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**